# BERRY LAW PLLC
745 FIFTH AVENUE
SEVENTH FLOOR
NEW YORK, NEW YORK  10151

Phone  (212) 355-0777
Fax  (212) 750-1371

Eric W. Berry (NY)
e-mail  BerryLawPllc@gmail.com

March 4, 2019

*via the Court's ECF system*
Clerk's Office
Attn. Khadijah Young
Attn. Jason Wang
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *Knopf v. Esposito,* Docket Nos. 17-4151, 18-668 & 18-2193

Dear Ms. Young and Mr. Wang:

I represent plaintiffs-appellants Norma and Michael Knopf in these consolidated appeals.

Under this Court's order, the Knopfs are required to provide a stay status update regarding the bankruptcy case entitled *In re Pursuit Holdings, LLC*, No. 18-12738 (S.D.N.Y.) every 30 days.

The *Pursuit* bankruptcy case remains open, and the automatic stay under 11 U.S.C. §362 is still in effect.

The Chapter 7 Trustee has filed a motion which, if granted, would modify the automatic stay and permit briefing on this appeal to resume.  That motion was heard on February 11, 2019 and remains *sub judice*.

The Knopfs will immediately inform this Court of the Bankruptcy Court's ruling on the motion.

Thank you for your attention to this matter.

        Respectfully submitted,

        /s/ Eric W.  Berry
        Eric W.  Berry

ccs:  see next page

copies to:  Amanda Prentice, Esq. (via the ECF system)
Frank Esposito, Esq. (via the ECF system)
Peter Lancaster, Esq. (by email)
Edward Feldman, Esq. (via the ECF system)
Nathaniel Akerman, Esq. (via the ECF system)
Michael Hayden Sanford (via the ECF system)
Daniel A. Osborn, Esq. (by email)
Deborah Piazza, Esq. (by email)
Martin Brownstein, Esq. (by email)
Scott Markowitz, Esq. (by email)
Todd Duffy Esq. (by email)
Gary Greenberg, Esq. (via the ECF system)