# BERRY LAW PLLC

745 FIFTH AVENUE
SEVENTH FLOOR
NEW YORK, NEW YORK 10151

Phone (212) 355-0777
Fax (212) 750-1371

Eric W. Berry (NY)
e-mail BerryLawPllc@gmail.com

July 11, 2019

*via the Court's ECF system*
Mr. Jason Wang
Clerk's Office
Second Circuit Court of Appeals
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *Knopf v. Phillips,* Docket No. 18-661
*Knopf v. Esposito*, Docket Nos. 17-4151, 18-2193 & 18-668

Dear Mr. Wang:

The Knopfs do not object to Mr. Sanford's motions to file late briefs in the above-referenced appeals, so long as:

(1) Their time to file a reply brief in *Phillips* is extended to 10 days from the date as of which Mr. Sanford's brief is deemed filed.

- and -

(2) Their time to file a reply brief in *Esposito* is extended to the later of 10 days from the date as of which Mr. Sanford's brief is deemed filed or three (3) days from decision on the motion to consolidate under Docket No. 19-1744.

Thank you for your attention to this matter.

Respectfully submitted,

/s/ Eric W. Berry
Eric W. Berry

copies to all counsel and pro se parties (via the ECF system)